THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENRIC STEEL, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-09221-KMW-SAK |

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[LOCAL CIVIL RULE 6.1(b)]**

  Application is hereby made for a Clerk's Order extending time within which defendants U.S. Department of Labor, Occupational Safety and Health Administration; Julie A. Su; Seema Nanda; U.S. Occupational Safety and Health Review Commission; Cynthia Attwood; and Patrick B. Augustine may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on September 25, 2024; and
3. Time to Answer, Move or otherwise Reply expires on November 25, 2024.

STEPHEN EHRLICH
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorney for Defendants*

ORDER

      The above application is ORDERED GRANTED. Defendants time to answer, move or otherwise reply is extended to _____.

ORDER DATED: _____

                                        By: _____
                                                        Deputy Clerk