## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KENRIC STEEL, LLC,

            Plaintiff,

    v.

U.S. DEPARTMENT OF LABOR,
OCCUPATIONAL SAFETY AND
HEALTH ADMINISTRATION, *et al.*,

            Defendants.

Case No. 1:24-cv-09221-KMW-SAK

## ORDER

The parties' joint motion to extend Defendants' time to respond to the complaint [ECF No. 14] is hereby **GRANTED**. Good cause appearing, it is hereby **ORDERED** that the parties shall either submit a joint status report or Defendants shall respond to the complaint by **February 21, 2025**.

**SO ORDERED**.

Dated: Dec. 6 , 2024

                                Sharon L. King
                           Hon. Sharon A. King, U.S.M.J.