# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENRIC STEEL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-09221-KMW-SAK |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the substitution of counsel for Defendants in this action. Cynthia Liao, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance and will replace Stephen Ehrlich. Mr. Ehrlich should be withdrawn as counsel for Defendants.

Dated: January 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

*/s/ Cynthia Liao*
CYNTHIA LIAO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*/s/ Stephen Ehrlich*
STEPHEN EHRLICH
Attorney

        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Peter W. Rodino, Jr. Federal Building
        970 Broad Street, 7th Floor
        Newark, NJ 07102
        (202) 305-9803
        stephen.ehrlich@usdoj.gov

*Counsel for Defendants*