# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENRIC STEEL, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-09221-KMW-SAK |

## [PROPOSED] ORDER

The Court has considered the parties' joint status report. Good cause appearing, it is hereby ORDERED that the parties shall file a further joint status report proposing a schedule for litigating the case on or before May 5, 2025.

Dated: _____, 2025

_____
Hon. Karen M. Williams
United States District Judge