IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENRIC STEEL, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>    *Defendants.* | Case No. 1:24-cv-09221-KMW-SAK |

## ORDER

The Court has considered the parties' joint status report. Good cause appearing, it is hereby ORDERED that the parties shall file dispositive motions in accordance with the following schedule and limits:

| Date | Deadline | Page Limits |
|---|---|---|
| June 2, 2025 | Plaintiffs' MSJ | 40 |
| July 14, 2025 | Defendants' consolidated opposition to Plaintiffs' MSJ / cross-MSJ | 40 |
| August 4, 2025 | Plaintiffs' consolidated reply in support of Plaintiffs' MSJ / opposition to Defendants' cross-MSJ | 15 |
| August 25, 2025 | Defendants' reply in support of cross-MSJ | 15 |

Dated: May 29, 2025

*Sharon A. King*
_____
Hon. Sharon A. King
United States Magistrate Judge