UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KENRIC STEEL, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, *et al.*, <br><br> *Defendants*. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br><br> No. 24-09221 (KMW-SAK) <br><br> **ORDER** |

**THIS MATTER** comes before the Court upon Defendants' Unopposed Motion for an extension of Time (Dkt. No. 30) to file a reply brief in further support of their Cross-Motion for Summary Judgment (Dkt. No. 28) pursuant to Fed. R. Civ. P. 6(b).

**WHEREAS**, the Court entered a Text Order dated August 20, 2025 (Dkt. No. 31) granting Defendants' request; and

**WHEREAS**, Defendants have filed their Reply (Dkt. No. 32) within the time allotted by this Court; and

**THE COURT NOTING** that, pursuant to the United States District Court for the District of New Jersey's Standing Order 2025-06, which became effective October 3, 2025, all civil litigation in this District involving as a party the United States of America, its agencies, officers or employees, or any other party represented by the Department of Justice, is "immediately suspended, postponed, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation or (2) for a period of thirty days from the entry of this Order, whichever comes sooner."; and

**THE COURT NOTING** that Defendants in this civil action are agencies, officers, or employees of the United States of America; and

**THE COURT FURTHER NOTING** that this matter does not fall into any of the exceptions set forth in Standing Order 2025-06;

**CONSEQUENTLY**, for all the foregoing reasons; and for good cause shown;

IT IS on this 7th day of **October, 2025**,

**ORDERED** that Defendants' Motion for Extension of Time (Dkt. No. 30) is **DENIED as moot**; and further

**ORDERED** that, pursuant to Standing Order 2025-06, "any and all events and deadlines in this action (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings, hearings, discovery and pleading dates, and/or compliance and administration of consent orders," is **STAYED**. No party will be required to take any steps in this action until expiration of the stay; and further

**ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 27) is **ADMINISTRATIVELY TERMINATED** pursuant to Standing Order 2025-06.

KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE