# Morgan Lewis

**Brandon J. Brigham**
Partner
+1.215.963.4780
brandon.brigham@morganlewis.com

January 9, 2026

**VIA ECF**

The Honorable Karen M. Williams
U.S. District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Steets
Camden, NJ 08101

Re: *Kenric Steel, LLC v. U.S. Department of Labor, et al.*, 24-cv-09221-KMW-SAK (D.N.J.)

Dear Judge Williams:

Plaintiff Kenric Steel, LLC ("Kenric Steel") writes to respectfully request that the stay be lifted from this matter and that the parties' respective Motions for Summary Judgment (Dkt. Nos. 27 & 28) be reinstated now that Standing Order 2025-06 is no longer in effect. Defendants do not oppose Plaintiff's request.

The following is the relevant procedural background. Kenric Steel filed its Motion for Summary Judgment on June 2, 2025. *See* Dkt. No. 27. On July 14, 2025, Defendants filed their Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion to Dismiss or in the Alternative for Summary Judgment ("Defendants' Motion for Summary Judgment"). *See* Dkt. No. 28. On August 4, 2025, Kenric Steel filed its Combined Reply Brief In Support of its Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment. *See* Dkt. 29. On September 4, 2025, Defendants filed their Reply In Support of Cross-Motion to Dismiss and/or for Summary Judgment. *See* Dkt. 32. On October 6, 2025, the Court issued an Order that stayed the matter in its entirety pursuant to Standing Order 2025-06 and also ordered that "Plaintiff's Motion for Summary Judgment (Dkt. No. 27) is ADMINISTRATIVELY TERMINATED pursuant to Standing Order 2025-06." *See* Dkt. No. 33. Standing Order 2025-06 was terminated when "the federal government [was] funded through congressional appropriation," *see* Am. Standing Order 2025-06, which occurred on or about November 11, 2025.

Now that Standing Order 2025-06 is no longer in effect, Kenric Steel respectfully requests that the Court lift the stay and reinstate the parties' respective Motions for Summary Judgment (Dkt. Nos. 27 & 28).

Respectfully Submitted,

*/s Brandon J. Brigham*
c: Counsel of Record via ECF

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA  19103-3007      T +1.215.963.5000
United States                                F +1.215.963.5001